THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE WILLIAMS, Appellant. [721 NYS2d 548] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 11, 1985 (*People v Williams,* 108 AD2d 832), affirming a judgment of the County Court, Westchester County, rendered March 2, 1983.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, Acting P. J., O'Brien, Ritter and Santucci, JJ., concur.